**2009–1709.   Torrance v. U.S. Dept. of Hous. & Urban Dev.**

In Mandamus, Procedendo, Prohibition, and Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of mandamus, prohibition, procedendo, and quo warranto. Upon consideration of respondents' motion to declare relator a vexatious litigator,

It is ordered by the court that the motion is granted and Saint Torrance is found to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). Accordingly,

It is ordered by the court that Saint Torrance is prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Any request for leave shall be submitted to the Clerk of this court for the court's review.

# CASE ANNOUNCEMENTS

*October 27, 2009*

[Cite as *10/27/2009 Case Announcements*, 2009-Ohio-5660.]

## MOTION AND PROCEDURAL RULINGS

**In re Hughley.**

On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On October 23, 2009, Hughley submitted motions for leave to file a motion for reconsideration in case No. 2009-1350, *Hughley v. Duffy*, to apply the constitution of the state of Ohio, and to remove the label of vexatious litigator. Upon review of the proffered motions for leave,

It is ordered by the court that Kevin Hughley's motions for leave are denied.